[No. 27676-3-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL L. MARX, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01728-6, Terry D. Sebring, J., entered July 30, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28225-9-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANWAR LATEEF RIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-02373-7, James R. Orlando, J., entered December 4, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 28461-8-II.   Division Two.   August 30, 2002.]

JOSEPH BEAL, ET AL., *Appellants*, v. WALTER BYERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-07041-7, Frederick W. Fleming, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 48312-9-I.   Division One.   September 3, 2002.]

*In the Matter of the Trustee's Sale of Real Property of Sandra Garross.*

SANDRA GARROSS, *Appellant*, v. ADA PIPKIN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-08918-7, Kenneth L. Cowsert, J., entered March 6, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Appelwick, J.